UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Vito Sanchez, | Case No.: 2:21-cv-00732-JAD-NJK |
| Plaintiff | |
| v. | **Order Denying Motions in Closed Case** |
| F. Dreesen, et al., | [ECF Nos. 13, 14] |
| Defendants | |

Plaintiff Vito Sanchez filed an application to proceed *in forma pauperis* ("IFP") and an emergency motion under medical imminent danger in this closed case.[1]  This case has been closed since September 8, 2021.[2]  If Sanchez seeks to initiate a new civil rights action in federal court, he must submit an IFP and complaint to the Clerk's Office without any case numbers on those documents as a new case will need to be commenced.

IT IS THEREFORE ORDERED that the IFP and Emergency Motion **[ECF Nos. 13, 14] are DENIED AS MOOT** in this closed case.

Dated: March 12, 2024

_____
U.S. District Judge

---

[1] ECF Nos. 13, 14.
[2] ECF Nos. 10, 11.